No. 76–5539. LEPERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5542. KELLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5550. TYLER *v.* RYAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–5556. SELLARS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–5559. CAGLE *v.* McCUNE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 76–5560. McKINNEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5562. PROFFITT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5578. FULCHER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–5611. IRBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5629. BOLANOS-CAAMANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5649. MURPHY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 76–5679. WHITE *v.* ELECTION LAWS OF THE STATE OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 76–5702. BYRUM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5708. ROBERTS *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.